UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* <br> CHARLES HUTCHINS AND <br> JOYCE SUBHI <br><br> Plaintiff-Relators, <br><br> v. <br><br> DYNCORP, INTERNATIONAL, Inc. *et al.* <br><br> Defendants. | Civil Action No. 15-cv-00355-RMC |

## COUNSEL'S MOTION TO WITHDRAW APPEARANCE

NOW COMES Anthony C. Munter to submit this Motion to withdraw appearance pursuant to D.C. L.CvR 86 (c) and Federal Rules of Civil Procedure Rule 24 (c).

A Proposed Order accompanies this Motion

Good cause exists to grant this motion.

A copy of this motion has been served on the Plaintiff-Relators by electronic means and will be by mail. The case was filed under seal and the United States recently moved to Decline intervention.

However, because no trial date has been set and the Complaint has not been served on the Defendants, this motion has not been served on the Defendants.

Plaintiff Relator Hutchins has no objection to this motion. Plaintiff Relator Subhi has no objection to this motion.

Plaintiff-Relator Hutchins has signed assent to counsel's withdrawal. See Exhibit A.

Plaintiff-Relator Subhi has signed assent to counsel's withdrawal. See Exhibit A.

Counsel has advised Plaintiff-Relator's to obtain other counsel, or, if they intend to conduct the case *pro se* or to object to the withdrawal, to so notify the Clerk in writing within seven days of service of this motion. See Exhibit B.

There is no prejudice to the Defendants or the United States in granting this motion.

Counsel for the United States has been notified of this filing and states the United States takes no position on this action.

The Government informed the Plaintiff-Relators of its decision to decline to intervene in the case and pursuant to previous agreement and with the assent of the Plaintiff-Relators, counsel is ending representation.

Pursuant to the Federal Rules the Attorney is required to provide address and phone numbers of the Plaintiff-Relators.

Plaintiff Relator Hutchins address is 45441 Bison Court Temecula, 92592 Telephone is 702-533-4254; Plaintiff Relator Subhi's address is 27 Edgewood Drive Hurricane, West Virginia, 25526 telephone is 304-444-4827.

Respectfully submitted,

/s/_____
Anthony C. Munter
DC Bar 483423
Price Benowitz, LLP
409 7th Street NW, Suite 200
Washington, DC 20004
(202) 417-6000
Tony@pricebenowitz.com

Attorney for Plaintiff-Relators

June 9, 2017

I HEREBY CERTIFY that on this 9 th day of June , 2017, I caused a true and correct copy of this Motion to Withdraw Appearance Notice of Voluntary Dismissal, and a proposed Order as well as a Notice to the Plaintiff Relator's that they should obtain other counsel, notify the Court of their intention to proceed pro se or Object to this Motion within Seven days of receipt of this Motion to the following addresses:

Charles T Hutchins
45441 Bison Court
Temecula, CA 92592;

Joyce Subhi
27 Edgewood Drive Hurricane,
West Virginia, 25526

/s/_____
Anthony C. Munter
DC Bar 483423
Price Benowitz, LLP
409 7th Street NW, Suite 200
Washington, DC 20004
(202) 417-6000
Tony@pricebenowitz.com