UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* CHARLES T. HUTCHINS<br>and JOYCE SUBHI<br><br>*Qui tam plaintiffs*<br><br>v.<br><br>DYNCORP INTERNATIONAL, INC. *et al.* | §<br>§<br>§<br>§  Case No. 1:15-cv-00355-RMC<br>§<br>§  Plaintiff/Relators Request for<br>§  Extension Until June 15, 2019<br>§  To Find Replacement Counsel<br>§<br>§<br>§ |

### PLAINTIFF/RELATORS' REQUEST FOR EXTENSION UNTIL JUNE 15, 2019 TO FIND REPLACEMENT COUNSEL

On January 8, 2019 and Order was entered by the Court granting Relators' counsels' Motion to Withdraw from representing Relators Charles T. Hutchins and Joyce Subhi in the above-titled action. This motion was granted despite the failure of any of Relators' counsel to provide any specific grounds or rationale in support of their motion and in light of the fact that granting this motion is extraordinarily prejudicial to this Qui Tam case. This is far beyond the merely "unfairly prejudicial" standard set forth in Local Rule 83.6(c) and is clearly not in the interest of justice.

The Order further required Plaintiff-Relators to obtain new counsel by March 11, 2019, and provided that Plaintiff-Relators could move to file a Second Amended Complaint within 30 days of the new counsel's notice of appearance.

Although signed on January 8, 2019, the Order was not mailed until January 18, 2019, and it was mailed to Plaintiff/Relator Hutchins' prior address at 45441 Bison Court in Temecula California, NOT to Hutchins current residence at 15B Eatoncrest Drive,



Eatontown, New Jersey 07727. Hutchins did not receive the forwarded Order until February 7, 2019 (see attached).

Plaintiff/Relator is scheduled for reconstructive surgery on his right foot and ankle on March 1, 2019. Previously, in December 1991, Plaintiff/Relator Hutchins received a medical Honorable Discharge for Army training-related foot injuries. During Hutchins' work in Iraq, Djibouti and Afghanistan, from June 2004 thru November 2015, as a Department of Defense civilian contractor, he re-injured his right foot on multiple occasions. He will be sedated and in a non-weight-bearing cast for up to 30 days.

The date of March 11, 2019 does not afford Plaintiff/Relators sufficient time to obtain replacement counsel. Plaintiff/Relators request that the time to retain additional counsel be extended until June 15, 2019. Previously, in this case, the Court afforded the Department of Justice great deference in granting multiple extensions for their evaluation as to whether to intervene in this litigation. Rather than hold the DoJ to the statutory 30 days, the DoJ was permitted two years and three months to notify the Court of their decision not to intervene. Plaintiff/Relators' request for an extension until June 15, 2019, is much more modest.

Dated this 20th day of February 2019.

Charles T. Hutchins
Plaintiff/Relator

# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing

(1) Plaintiff/Relator Charles T. Hutchins' Notice of Appearance Pro Se in his Wrongful Termination and Retaliatory Discharge count.
(2) Plaintiff/Relator Joyce Subhi' Notice of Appearance Pro Se in her Wrongful Termination and Retaliatory Discharge count.
(3) Plaintiff/Relators' Extension Request Until June 15, 2019 to Retain Replacement Counsel with Proposed Form of Order.
(4) Plaintiff/Relator Charles T. Hutchins' current mailing address.
(5) Plaintiff/Relators' Second Amended Complaint regarding their Wrongful Termination and Retaliatory Discharge counts.

was served this 20th day of February, 2019, via email, on

(1) Vincent H. Cohen, Jr., Dechert LLP, 1900 K Street, NW, Washington, D.C. 20006-1110 via email at vincent.cohen@dechert.com;
(2) Frederick G. Herold, Dechert LLP, 2440 W. El Camono Real, Suite 700, Mountain View, CA 94040 via email at frederick.herold@dechert.com;
(3) William T. McEnroe, Dechert LLP, 2929 Arch Street, Philadelphia, PA 19104 via email at William.mcenroe@dechert.com; and on
(4) Alicia J. Bentley, Department of Justice, Commercial Litigation Branch, P.O. Box 251, Ben Franklin station, Washington, D.C. 20044 via email at Alicia.Bentley@usdoj.gov.

Dated this 20th day of February 2019.

Charles T. Hutchins
Plaintiff/Relator Appearing Pro Se